```
Cornelius J. Callahan, Esq.   # 202585
Crystal S. Swanson, Esq. # 234141
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701

Attorneys for Defendant,
CITY OF SONORA;
SONORA POLICE DEPARTMENT;
KEVIN JOHNSTON; MACE McINTOSH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN EDGAR OWENS,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF SONORA; SONORA POLICE DEPARTMENT; KEVIN JOHNSTON; MACE McINTOSH,<br><br>             Defendants | Case No. 1:10-CV-00392-OWW-SKO<br><br>STIPULATION AND ORDER RE: RESOLUTION OF DEFENDANTS MOTION TO STRIKE PUNITIVE DAMAGES<br><br>DATE:          6/4/10<br>TIME:           9:30 a.m.<br>COURT ROOM: 8<br>TRIAL:          N/A |

Counsel for Plaintiff and for Defendants City of Sonora, Sonora Police Department, Kevin Johnston and Mace Mcintosh have met and conferred and hereby stipulate to the following in resolution of Defendant's Motion to Strike Punitive Damages:

Counsel for Plaintiff and for Defendants agree that:

(1) Allegations for punitive damages against individual defendants Kevin Johnston and Mace McIntosh are not stricken because notice pleading is sufficient;

(2) Plaintiff's Complaint does not seek punitive damages against Defendants City of Sonora and the Sonora Police Department;

(3) Defendants will Answer the Complaint within Fifteen (15) days of execution of this Order.

As a result of counsel for plaintiff and counsel for defendant having met and conferred, and in light of the within agreement, counsel stipulate that plaintiff's Complaint shall proceed forward as noted above.

DATED: April 26, 2010                    BORTON PETRINI, LLP

By:   /s/  Crystal S. Swanson
Crystal S. Swanson, Esq.,
Attorneys for Defendant,
CITY OF SONORA

DATED: April 26, 2010                    FORES MACKO

By:   /s/   Robert P. Fores
Robert P. Fores, Esq.
Attorneys for Plaintiff

**ORDER**

On the basis of the parties' stipulation and good reason appearing, IT IS ORDERED AND ADJUDGED that

(1) Allegations for punitive damages against individual defendants Kevin Johnston and Mace McIntosh are not stricken because notice pleading is sufficient;

(2) Plaintiff's Complaint does not seek punitive damages against Defendants City of Sonora and the Sonora Police Department; and

(3) Defendants will answer the Complaint within fifteen (15) days of execution of this Order.

The hearing on June 4, 2010, at 9:30 A.M. in Courtroom 8 on Defendants' Motion to Strike Punitive Damages (Doc. 12) is VACATED.

IT IS SO ORDERED.

Dated: April 26, 2010                                             **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

C:\WINDOWS\Temp\notes1
01AA1\10cv392.o.Stip on
Motion to Strike Punitive
Damages.Owens.jpr.wpd

2