ROBERT P. FORES, SBN 119235
FORES ■ MACKO
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Plaintiff
ALLAN EDGAR OWENS

Cornelius J. Callahan, SBN 202585
BORTON PETRINI, LLP
1104 12th Street
Modesto, CA 95354
(209) 576-1701

Attorneys for Defendants,
CITY OF SONORA, SONORA POLICE DEPARTMENT; KEVIN JOHNSTON; MACE McINTOSH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN EDGAR OWENS, | Case No. 1:10-CV-00392-OWW-SKO |
| Plaintiff, | **ORDER ON AMENDED STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| CITY OF SONORA; SONORA POLICE DEPARTMENT; KEVIN JOHNSTON; MACE McINTOSH; | |
| Defendants. | |

Pursuant to the stipulation of counsel, and good cause appearing

IT IS ORDERED, ADJUDGED AND DECREED that the Scheduling Order is amended as follows:

    Jury Trial – February 28, 2012, 9:00 a.m.

    Pretrial Conference – January 23, 2012, at 11:00 a.m.

- 1 -

ORDER ON AMENDED STIPULATION TO AMEND SCHEDULING ORDER; 1-10-CV-0392-OWW-SKO

Settlement Conference – January 3, 2012, at 10:30 a.m.

Dispositive Motion Hearing Date – December 12, 2011

` Last Day to File Dispositive Motions – November 23, 2011

Non-Dispositive Motion Hearing Date – December 14, 2011

Last Day to File Non-Dispositive Motions – November 10, 2011

Discovery Cut-Off – October 15, 2011

L/D to Supplement Expert Witness Disclosure – September 30, 2011

L/D to Disclosure Expert Witnesses – August 30, 2011

L/D to Complete Non-Expert Discovery – August 15, 2011

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:   **June 10, 2011**                                   **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

ORDER ON AMENDED STIPULATION TO AMEND SCHEDULING ORDER; 1-10-CV-0392-OWW-SKO