1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  ALLAN EDGAR OWENS,                          CASE NO. 1:10-cv-00392-LJO-SKO

12                                              **ORDER ON PARTIES' STIPULATED**
                                                **REQUEST TO MODIFY THE**
13                          Plaintiff,          **SCHEDULING ORDER**

14       v.

15                                              (Docket Nos. 38, 39)
    CITY OF SONORA, et al.,
16

17                          Defendants.
    _____/
18

19      On October 28, 2011, the parties filed an amended stipulation and proposed order to modify

20  the scheduling order.  (Docs. 38, 39.)  The Court finds there is good cause to approve the

21  modifications requested, but is unable to accommodate some of the proposed dates and therefore

22  revises the dates as necessary.

23      Specifically the proposed dates for the dispositive motion filing deadline and hearing do not

24  comply with the notice requirements of Rule 230 of the Local Rules of the United States District

25  Court for the Eastern District of California.  The proposed dates fail to provide sufficient time for

26  the filing of oppositions and for the Court to consider the motions.  Further, changing the dispositive

27  motion hearing date necessitates changing the pretrial conference and trial dates.

28

Therefore, the schedule deadlines are revised as follows:

| **Deadline** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| 1. **Non-Expert Discovery** | **August 15, 2011** | **December 5, 2011** |
| 2. **Expert Disclosure** | **August 30, 2011** | **December 20, 2011** |
| 3. **Supp. Exp. Discl.** | **September 30, 2011** | **January 19, 2012** |
| 4. **Exp. Discovery** | **October 15, 2011** | **February 3, 2012** |
| 5. **Non-Disp. Filing Deadline** | **November 10, 2011** | **February 8, 2012** |
| 6. **Non-Disp. Motion Hearing** | **December 14, 2011** | **March 14, 2012** |
| 7. **Disp. Mot. Filing Deadline** | **November 23, 2011** | **February 22, 2012** |
| 8. **Disp. Motion Hearing** | **December 12, 2011** | **April 4, 2012** |
| 9. **Settlement Conference** | **January 3, 2012** | **April 3, 2012** |
| 10. **Pretrial Conference** | **January 23, 2012** | **May 16, 2012** |
| 11. **Trial Date** | **February 28, 2012** | **June 26, 2012** |

Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of the scheduling deadlines is GRANTED as set forth above.

IT IS SO ORDERED.

**Dated:   November 3, 2011**                    **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

2