# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN EDGAR OWENS, | CASE NO. 1:10-cv-00392-LJO-SKO |
| Plaintiff, | **ORDER ON PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| CITY OF SONORA, et al., | (Docket Nos. 38, 39) |
| Defendants. | |

On October 28, 2011, the parties filed an amended stipulation and proposed order to modify the scheduling order. (Docs. 38, 39.) The Court finds there is good cause to approve the modifications requested, but is unable to accommodate some of the proposed dates and therefore revises the dates as necessary.

Specifically the proposed dates for the dispositive motion filing deadline and hearing do not comply with the notice requirements of Rule 230 of the Local Rules of the United States District Court for the Eastern District of California. The proposed dates fail to provide sufficient time for the filing of oppositions and for the Court to consider the motions. Further, changing the dispositive motion hearing date necessitates changing the pretrial conference and trial dates.

Therefore, the schedule deadlines are revised as follows:

| **Deadline** | | **Current Deadline** | **Revised Deadline** |
|---|---|---|---|
| 1. | **Non-Expert Discovery** | August 15, 2011 | December 5, 2011 |
| 2. | **Expert Disclosure** | August 30, 2011 | December 20, 2011 |
| 3. | **Supp. Exp. Discl.** | September 30, 2011 | January 19, 2012 |
| 4. | **Exp. Discovery** | October 15, 2011 | February 3, 2012 |
| 5. | **Non-Disp. Filing Deadline** | November 10, 2011 | February 8, 2012 |
| 6. | **Non-Disp. Motion Hearing** | December 14, 2011 | March 14, 2012 |
| 7. | **Disp. Mot. Filing Deadline** | November 23, 2011 | February 22, 2012 |
| 8. | **Disp. Motion Hearing** | December 12, 2011 | April 4, 2012 |
| 9. | **Settlement Conference** | January 3, 2012 | April 3, 2012 |
| 10. | **Pretrial Conference** | January 23, 2012 | May 16, 2012 |
| 11. | **Trial Date** | February 28, 2012 | June 26, 2012 |

Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of the scheduling deadlines is GRANTED as set forth above.

IT IS SO ORDERED.

**Dated:   November 3, 2011**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE