**ROBERT P. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Plaintiff
ALLAN EDGAR OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN EDGAR OWENS, | Case No. 1:10-CV-00392-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL** |
| vs. | |
| CITY OF SONORA; SONORA POLICE DEPARTMENT; KEVIN JOHNSTON; MACE McINTOSH; | |
| Defendants. | |

COME NOW the parties in the above captioned case, by and through their undersigned Counsel, and hereby respectfully request said cause be dismissed, with prejudice, forthwith. Each party is to bear their own attorney's fees and costs.

DATED: April 11, 2012.                    FORES ■ MACKO
                                          A Professional Law Corporation


                                          /s/ Robert P. Fores

                                       By:_____
                                          ROBERT P. FORES, SBN 119235
                                          Attorneys for plaintiff

/ / /

/ / /

/ / /

- 1 -

Stipulation and Order Regarding Dismissal; Case No. 1:10-CV-00392-LJO-SKO

DATED: April 11, 2012.

                                      BORTON PETRINI, LLP

                                      /s/ Cornelius J. Callahan

By_____
  Cornelius J. Callahan, Esq.
  Attorneys for Defendants,
  CITY OF SONORA, SONORA POLICE
  DEPARTMENT, MACE McINTOSH and
  KEVIN JOHNSTON

### ORDER

      Pursuant to the above stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated: **April 11, 2012**                      **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE

**Fores ■ Macko**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
Telephone: (209) 527-9899